DISTRITO, DEMANDADO.—Arecibo. *Certiorari.* Abril 8, 1920. *Sin lugar.*

No. 287. CABASSA ET AL., PETICIONARIO, *v.* SEPÚLVEDA, JUEZ DE DISTRITO, DEMANDADO.—Ponce. *Certiorari.* Abril 12, 1920. *Sin lugar.*

No. 1495. EL PUEBLO, APELADO, *v.* MENÉNDEZ, APELANTE.— Alterar la paz. San Juan, Sección Segunda. Abril 16, 1920. *Confirmada.*

No. 1507. EL PUEBLO, APELADO, *v.* BOU, APELANTE.—Acometimiento y agresión grave. Ponce. Abril 16, 1920. *Confirmada.*

No. 1496. EL PUEBLO, APELADO, *v.* CUEVAS, APELANTE.— Acometimiento y agresión grave. San Juan, Sección Segunda. Abril 16, 1920. *Confirmada.*

No. 288. DÍAZ, PETICIONARIO, *v.* FOOTE, JUEZ DE DISTRITO.— Mayagüez. *Certiorari.* Abril 16, 1920. *Denegado.*

No. 1433. EL PUEBLO, APELADO, *v.* GUILLERMO, APELANTE.— Abandono de menores. Arecibo. Abril 20, 1920. *Revocada y absuelto el acusado.*

No. 2109. ESTEBANÍA CARLO, APELADA, *v.* FERRER, APELANTE. —Nuevo juicio en pleito de filiación. Mayagüez. Abril 20, 1920. *Confirmada.*

No. 1498. EL PUEBLO, APELADO, *v.* HERNÁNDEZ, APELANTE.— Acometimiento y agresión grave. Abril 29, 1920. *Confirmada.*

No. 289. LÓPEZ, PETICIONARIO, *v.* ROSSY, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* San Juan, Sección Segunda. Abril 29. 1920. *Denegado.*

No. 1499. EL PUEBLO, APELADO, *v.* FLORES, APELANTE.— Acometimiento y agresión grave. San Juan, Sección Segunda. Abril 30, 1920. *Confirmada.*

No. 1501. EL PUEBLO, APELADO, *v.* SANTOS, APELANTE.— Alterar la paz. San Juan, Sección Segunda. Abril 30, 1920. *Confirmada.*

No. 291. CIVIDANES, PETICIONARIO, *v.* LÓPEZ ACOSTA, JUEZ